# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RITA KAYE ILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-13-0221-F |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Rita Kaye Iles brings this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying plaintiff's application for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f.

Magistrate Judge Charles B. Goodwin issued a Report and Recommendation on March 13, 2014 (the Report, doc. no. 17), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further proceedings consistent with the Report.  In his Report, the magistrate judge advised the parties of their right to object to the Report by March 28, 2014.  He also advised them that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues addressed in the Report.  No objection has been filed, and no request for an extension of time within which to object has been requested.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the magistrate judge as stated in his Report and Recommendation. This matter is hereby **REVERSED** and **REMANDED** for further proceedings consistent with the Report.

Dated this 31st day of May, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0221p002.wpd